# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ROBERT LEE OGLETREE, | : |
| Petitioner | : |
| v. | : 5:04-CR-39 |
| | : 5:07-CV-90008 |
| UNITED STATES OF AMERICA, | : |
| Respondent | : |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation (Doc. 83) to deny Petitioner's motion to reduce his sentence because the motion is untimely and Petitioner waived his right to collateral review of his sentence. Having carefully considered the Recommendation, and Petitioner's objection thereto (Doc. 84), the Recommendation is ADOPTED for the reasons stated therein and made the order of the Court. Petitioner's motion to reduce his sentence is DENIED.

SO ORDERED this 24th day of September, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON**
**UNITED STATES DISTRICT JUDGE**