IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 5:04-CR-39 (HL) |
| : | |
| ROBERT LEE OGLETREE, : | |
| : | |
| Defendant. : | |

## ORDER

The Defendant has filed two motions: his Motion for Home Confinement (Doc. 87) and his Motion for Release from Custody (Doc. 88) (together, the "Motions"). In his Motions, the Petitioner suggests that he has been kept in confinement for longer than his sentence. He also requests release from confinement due to health reasons. Finally, the Petitioner lists examples of his good behavior while in confinement and suggests that this should be considered in allowing him to be released from custody.

This case is an old case, and it was transferred to these chambers from Judge Owens. The Court, therefore, in the interest of further developing the record and the factual basis for any relief, orders the government to respond to the Defendant's Motions. The government should address the Defendant's sentence relative to the length of the Defendant's confinement, as well as any other issues raised in the

Defendant's Motions.  The government has until March 15, 2010 to respond to the Petitioner's Motions.

**SO ORDERED**, this the 24th day of February, 2010.

*s/   Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch